**Fill in this information to identify the case**

Debtor 1 Russell Charles Burns, III

Debtor 2 Alicia Burns
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of PENNSYLVANIA
(State)

Case number 24-01844

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor** Planet Home Lending, LLC

**Court claim no.** (if known) 2

**Last four digits** of any number you use to identify the debtor's account: 3416

**Date of payment change**
Must be at least 21 days after date of this notice: 10/1/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*: $2,119.61

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

Current escrow payment: $737.39 New escrow payment: $615.21

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

Current interest rate: ______% New interest rate: ______%

Current principal and interest payment: $______ New principal and interest payment: $______

## Part 3: Annual HELOC Notice

3. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes
Current HELOC Payment: $______

Reconciliation amount + $______ or
- $______

Amount of next payment (including reconciliation amount) $______

Amount of new payment thereafter (without reconciliation amount) $______

24-017597_arr

## Part 4: Other Payment Change

4. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: ____________________

Current mortgage payment: $____________ New mortgage payment: $____________

24-017597_arr

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* /s/ Adam B. Hall
Signature

Date 09/04/2026

Print: Adam B. Hall

Title Attorneys for Creditor

Company MDK Legal

Address P.O. Box 165028
Number Street

Columbus, OH 43216-5028
City State ZIP Code

Contact phone 614-220-5611

Email amps@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-01844** |
| **Russell Charles Burns, III** | : | **Chapter 13** |
| **Alicia Burns** | : | **Judge Mark J. Conway** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **Planet Home Lending, LLC** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Russell Charles Burns, III** | : | |
| **Alicia Burns** | : | |
| **Jack N Zaharopoulos** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Payment Change was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Carlo Sabatini, Attorney for Russell Charles Burns, III and Alicia Burns, usbkct@bankruptcypa.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Russell Charles Burns, III and Alicia Burns, 104 Simons Rd, Greentown, PA 18426

/s/ Adam B. Hall
______________________________

24-017597_arr

Planet Home Lending
321 Research Parkway, Suite 303
Meriden, CT 06450
NMLS ID # [redacted]

**ADDRESS SERVICE REQUESTED**

[redacted]
RUSSELL BURNS III
ALICIA BURNS
SABATINI LAW FIRM
216 N. BLAKELY STREET
DUNMORE PA 18512

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

Analysis Date: 08/14/2026
Loan Number: [redacted]

Borrower Name: RUSSELL BURNS III
Co-Borrower Name: ALICIA BURNS

Customer Service: **866-882-8187**
Monday through Friday, 8:30 a.m. to 9:00 p.m. Eastern Time

Visit Our Website at: **www.planethomelending.com**
Email: cs@myloansupport.com

Planet Home Lending, LLC ("Planet") has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

## 1. What is the amount of my new monthly payment starting October 01, 2026 ?

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $1,504.40 | $1,504.40 | $0.00 |
| Escrow | $650.78 | $615.21 | -$35.57 |
| Shortage/Surplus | $86.61 | $0.00 | -$86.61 |
| **Total Monthly Payment** | **$2,241.79** | **$2,119.61** | **-$122.18** |

- **Note:** If you currently use a bill pay service to make your monthly payments, please update the amount scheduled for submission in October to reflect the new payment listed above. If you are currently set up on automatic payments with Planet, your October payment will automatically be adjusted to include the above escrow amount(s).
- *If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and Interest portion of your payment.*

* For customers in a Chapter 11 or 13 bankruptcy, this amount may not reflect payments made to the trustee. Please contact your attorney or Trustee if you have any questions.

## 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed –** the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance, and homeowner's insurance premiums. The information below compares the amounts Planet expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| CITY/TOWN | $1,538.58 | $1,538.56 | -$0.02 |
| HOMEOWNERS | $2,769.00 | $2,222.00 | -$547.00 |
| SCHOOL | $3,501.66 | $3,621.97 | $120.31 |
| **Total Annual Escrow Payments** | **$7,809.24** | **$7,382.53** | **-$426.71** |
| **Monthly Escrow Payments** | **$650.78** | **$615.21** | **-$35.57** |

**B. Repayment of Escrow Shortage or Surplus –** According to the projections shown in Table 1 on the reverse side, your escrow account will rise above the minimum required balance of $1,230.42 in September. This means you will have a ***surplus*** of $290.90 in your escrow account.

| Projected Low Escrow Balance | | Allowed Low Escrow Balance | | Surplus |
|---|---|---|---|---|
| $988.51 | *minus* | $1,230.42 | *equals* | $290.90 |

---

## ESCROW SURPLUS SUMMARY

**Loan Number:** [redacted]

**Name:** RUSSELL BURNS III
ALICIA BURNS

**Surplus Amount: $290.90**

If your loan is current, a check for the surplus amount will follow under separate cover. If you have any questions, please contact our Customer Service Department at 866-882-8187.

Planet Home Lending
321 Research Parkway, Suite 303
Meriden, CT 06450

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. If you want a further explanation or would like to request another analysis this computation year, please call our toll-free number.

**Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.**

**Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.**

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Required Balance | Projected Balance |
|---|---|---|---|---|---|
| **Beginning Balance** | | | | **$1,230.43** | **$988.52** |
| October 26 | 615.21 | 0.00 | | 1,845.64 | 1,603.73 |
| November 26 | 615.21 | 0.00 | | 2,460.85 | 2,218.94 |
| December 26 | 615.21 | 0.00 | | 3,076.06 | 2,834.15 |
| January 27 | 615.21 | 0.00 | | 3,691.27 | 3,449.36 |
| February 27 | 615.21 | 0.00 | | 4,306.48 | 4,064.57 |
| March 27 | 615.21 | 0.00 | | 4,921.69 | 4,679.78 |
| April 27 | 615.21 | 1,538.56 | CITY/TOWN | 3,998.34 | 3,756.43 |
| May 27 | 615.21 | 2,222.00 | HOMEOWNERS | 2,391.55 | 2,149.64 |
| June 27 | 615.21 | 0.00 | | 3,006.76 | 2,764.85 |
| July 27 | 615.21 | 0.00 | | 3,621.97 | 3,380.06 |
| August 27 | 615.21 | 0.00 | | 4,237.18 | 3,995.27 |
| September 27 | 615.21 | 3,621.97 | SCHOOL | 1,230.42 | 988.51 |

** Low Balance used to determine escrow overage or shortage.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Payments to Escrow Account Projected | Payments to Escrow Account Actual | Payments from Escrow Account Projected | Payments from Escrow Account Actual | Description | Escrow Account Balance |
|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance** | **-$337.65** |
| November 25 | 650.78 | 597.41 * | 0.00 | 0.00 | | 259.76 |
| December 25 | 650.78 | 737.39 * | 0.00 | 0.00 | | 997.15 |
| January 26 | 650.78 | 737.39 * | 0.00 | 0.00 | | 1,734.54 |
| February 26 | 650.78 | 737.39 * | 0.00 | 0.00 | | 2,471.93 |
| March 26 | 650.78 | 737.39 * | 0.00 | 0.00 | | 3,209.32 |
| April 26 | 650.78 | 737.39 * | 1,538.58 | 1,538.56 * | CITY/TOWN | 2,408.15 |
| April 26 | 0.00 | 0.00 | 0.00 | 2,222.00 * | HAZARD INS | 186.15 |
| May 26 | 650.78 | 737.39 * | 2,769.00 | 0.00 * | HOMEOWNERS | 923.54 |
| June 26 | 650.78 | 737.39 * | 0.00 | 0.00 | | 1,660.93 |
| July 26 | 650.78 | 737.39 * | 0.00 | 0.00 | | 2,398.32 |
| August 26 | 650.78 | 1,474.78 E | 0.00 | 0.00 E | | 3,873.10 |
| September 26 | 650.78 | 737.39 E | 3,501.66 | 3,621.97 E | SCHOOL | 988.52 |
| **Totals** | **$7,158.58** | **$8,708.70** | **$7,809.24** | **$7,382.53** | | |

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only, and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Planet Home Lending, LLC retains its rights under its security instrument, including the right to foreclose its lien.

**Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending, LLC is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.**