# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter |
| | : | |
| **Russell Charles Burns III; aka Russell Burns; aka Russell C. Burns and Alicia Burns,** | : | Case No. 5:24-bk-01844 -MJC |
| | : | |
| Debtors. | : | |

## ORDER

Upon consideration of the Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses filed February 7, 2025, Doc. 31 ("Application"), and the Trustee's Objection to the Application filed February 25, 2025, Doc. 32 ("Objection"), and the Stipulation Resolving Objection to Application for Compensation and Expenses filed March 5, 2025, Doc. 33 ("Stipulation"), and a hearing having been held on March 11, 2025, it is hereby

**ORDERED** that the Stipulation is **APPROVED**; and it is further

**ORDERED** that the following interim amounts are awarded: compensation in the amount of $3,912.00 and the reimbursement of expenses in the amount of $436.31; and it is further

**ORDERED** that Counsel is hereby authorized to apply the $813.00 of client funds being held in the trust account toward this award. The remaining amount owed may be paid by the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 11, 2026