| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RUSSELL CHARLES BURNS III; AKA RUSSELL BURNS; AKA RUSSELL C BURNS AND ALICIA BURNS, | CASE NO. 5:24-bk-01844-MJC |
| Debtors | |

## SUPPLEMENTAL DISCLOSURE PURSUANT TO 2016(b)

Claims that are not property of the bankruptcy estate[1] have been liquidated for a gross recovery of $7,218.50. Russell Burns and Alicia Burns received a net of $3,496.93. The remainder was retained by Sabatini Law Firm, LLC for fees and costs. The compensation was not in connection with the instant bankruptcy case. However, because Plaintiffs' attorney in the civil action is also their bankruptcy attorney here, this disclosure is being filed out of an abundance of caution to ensure compliance with Bankruptcy Rule 2016(b).

Date: August 5, 2026

/s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831

---

[1] The claim is listed at Doc. 38, which was ordered abandoned (Docs. 39, 40).