UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RUSSELL CHARLES BURNS, III,<br>a/k/a RUSSELL BURNS,<br>a/k/a RUSSELL C BURNS and<br>ALICIA BURNS,<br>Debtors<br><br>JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant<br>vs.<br><br>RUSSELL CHARLES BURNS, III,<br>a/k/a RUSSELL BURNS,<br>a/k/a RUSSELL C BURNS and<br>ALICIA BURNS,<br>Respondents | CHAPTER 13<br><br>CASE NO. 5-24-bk-01844-MJC |

ORDER

Upon consideration of Trustee's Objection to Debtors' Exemptions, IT IS HEREBY ORDERED that Trustee's Objection to Debtors' Exemptions is sustained.