| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Russell Charles Burns, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Alicia Burns** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | **5:24-bk-1844** | | |

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **DELETE THE EXEMPTION THAT WAS FILED ON 8/13/2026 AT DOC. 43 FOR THE FOLLOWING ASSET: Claim listed at Paragraph 33 in Doc. No. 38. This amendment is being filed solely to correct the liquidated value of the claim from the previously disclosed $4,000.00. The net amount that Debtors received after payment of costs and fees was $3,469.93.**<br>Line from *Schedule A/B*: **33.1** | **$3,469.93** | ☒ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **DELETE THE EXEMPTION THAT WAS FILED ON 8/13/2026 AT DOC. 43 FOR THE FOLLOWING ASSET: Claims against Planet Home Lending, LLC and its associated entities and agents in connection with expenses and fees (including attorney's fees) sought from Debtor. Without limiting the effect of the foregoing, potential claims include those arising under RESPA, TILA, Regulation Z, the Unfair Trade Practices and Consumer Protection Law (73 P.S. 201-1 et seq.), the Loan Interest and Protection Law (41 P.S. 406), the Vacant and Abandoned Real Estate Foreclosure Act (68 Pa.C.S.A. 2311), and any other applicable federal or state, statutes and regulations, including those designed for consumer protection. Potential relief includes statutory damages, actual damages, costs, and attorney's fees awarded either: (a) as a prevailing party, or (b) as an actual damage for time spent because of the alleged misconduct. *SEE ATTACHMENT***<br>Line from *Schedule A/B*: **33.2** | **$0.00** | ☒ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

  ☐ No

  ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Russell Charles Burns, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Alicia Burns** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | **5:24-bk-1844** | | |

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ________________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X [signature]
**Russell Charles Burns, III**
Signature of Debtor 1

Date **September 9, 2026**

X [signature]
**Alicia Burns**
Signature of Debtor 2

Date **September 9, 2026**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy