UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RUSSELL CHARLES BURNS, III,<br>ALICIA BURNS,<br>Debtor | : | |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | |
| RUSSELL CHARLES BURNS III,<br>VICTORIA JANE NOVATSKI,<br>Respondent | : | CASE NO. 5:24-BK-01844-MJC |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
DEBTOR'S EXEMPTIONS

AND NOW, this 21st day of September 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R McHale, Esquire, and requests that the Trustee's Objection to Debtor's Exemptions filed on or about August 28, 2026, be withdrawn.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

By: /s/ Agatha R McHale, Esquire
Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this 21st day of September 2026, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

SABATINI LAW FIRM LLC
216 NORTH BLAKELY STREET
DUNMORE PA 18512

/s/ Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee